United States District Court
Southern District of Texas
**ENTERED**
February 19, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| VS. § | CR ACTION NO. 2:26-CR-00074 |
| § | |
| JOSE GUTIERREZ-MANRIQUEZ § | |

**MEMORANDUM OPINION AND ORDER OF DETENTION PENDING TRIAL**

A detention hearing has been held in accordance with the Bail Reform Act, 18 U.S.C. § 3142(f). Detention of the defendant pending trial in this case is necessary because there is a serious risk that the defendant will not appear.

The evidence against the defendant meets the probable cause standard. The defendant is a citizen of Mexico with no status to remain in or enter the United States. He is charged with illegally re-entering the United States after having been deported. There is no evidence he would be eligible to remain in the United States if released on bond. Further, the defendant is currently on felony probation. The most basic condition of probation is not to commit new law violations. Because the evidence meets the probable cause standard in the instant case, the defendant has shown he is either incapable or unwilling to comply with conditions of release. The Defendant is ORDERED detained pending trial.

The defendant is committed to the custody of the United States Marshal or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The defendant shall be afforded a reasonable opportunity for private consultation

with defense counsel. On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver the defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

    ORDERED on February 19, 2026.

_____<br>
Jason B. Libby<br>
United States Magistrate Judge